UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Yakov Slepoy__

Documents 115 pages attached

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

__Loretta Preska__
__Preet Bharara,__
__George Venizelos__

**COMPLAINT**

**14 CV 0679**

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED JAN 30 2014 PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name __Yakov Slepoy__
Street Address __2006 Bouston Ave, apt 1-E__
County, City __Kings, Brooklyn__
State & Zip Code __NY, 11214__
Telephone Number __347-283-6494__

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __Loretta Preska__
Street Address __United State Dist Court for the Southern District of NY.__

Rev. 05/2010

①

500 Pearl St

County, City __Manhattan, NY__
State & Zip Code __NY, 10007__
Telephone Number __212-805-0240__

Defendant No. 2   Name __Preet Bharara__
Street Address __One St. Andrew's Plaza__
County, City __Manhattan, NY__
State & Zip Code __NY, 10007__
Telephone Number __212-637-2200__

Defendant No. 3   Name __George Venizelos__
Street Address __26 Federal Plaza, 23 floor__
County, City __Manhattan, NY__
State & Zip Code __NY, 10278__
Telephone Number __212-384-4000__

Defendant No. 4   Name __(Hold rights to indorce more__
Street Address __defendants to the list).__
County, City
State & Zip Code
Telephone Number

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions     ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Fraud, Financial Crime, Law Disobey, Political Instigation, Bribe, Illegal Law Practice, Racism and Anti-Seemitic.__

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____
Defendant(s) state(s) of citizenship _____

III. **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*



You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? From December, 2005 - 17, January 2006

B. What date and approximate time did the events giving rise to your claim(s) occur? Events started from the time first criminal case #2006KN003873 fabricated against me

C. Facts: Racists Preska, Bharara and later Venizelos were acting against me in their always Anti-Semitic manners.

Chief Judge Preska closed all my cases in US district Court Southern District of NY.

Cases closed: US Commissioner NYPD - Raymond Kelly; Mayor Bloomberg; US AG Holder; NYS AG - Eric Schneiderman and other.

Manhattan DA - Preet Bharara always support Chief Judge Preska and both cover criminals

After Janice Fedarcyk, George Venizelos prove himself the most corrupt Federal Administrator in NY. Many times he got my complaints with facts of Financial crime in NY.

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

IV. Injuries: (See more details about all this Criminals on attachment to this clause)

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. All 3 criminals are essential part of my physical, moral & financial losses. With their support I lost $600K on my business, house was stolen, Accounts crashed and good business reputation of my company "Jacob International" was stolen.

Because criminal get support from FBI and Law, they make my family hostages of their scare tactic and I could not see my daughter Maria and step-son Kirill about 4 years.

Rev. 05/2010

(3)

' 6' '

**Federal Court Chief Judge Preska, Manhattan US Attorney Preet Bharara and FBI/NY Ass Director Venizelos,** help rip-off NYC for **Racist #1 in America – Bloomberg, Racist #2 Raymond Kelly** and **Racist #3 Charles Hynes.**

On program "City Time" **5** Russian Criminals "borrow" from **NY** budget **$500 Million.** Case illegally split by Court on **2** separate criminal cases under supervision of **Racists: Judge Preska, Manhattan US Attorney - Preet Bharara** and **Corrupt Venizelos,** who should be involved to stop financial crimes. Criminals smile on photo, right behind Court House and do not afraid of Justice. **Preet Bharara** hides his crimes under **ornate** speech in empty oriental **Rhetoric.** This changes nothing in his **Criminal Behavior.** Why **Bloomberg** not arrested for help to still **$1/2 Billion.** What is achievement of well inform about financial crimes **FBI/NY Ass Director Venizelos?**

Judge **Preska** dismissed all my cases, same as case on **80 Pregnant Women,** abused at work by **Bloomberg Administration.** Case dismissed, despite proved on-duty discrimination. Bribed Federal Criminal **Preska,** removed "no evidence case" from Ledger. Lately, every Order on my closed cases was based on barred (forbid) me to submit documents **"In Forma Pauperis"** (for person with low income) - it is crime by it-self, because I 'm getting SSI benefits. Dismissal Orders us same **cliché** -"lacks an arguable basis in law or fact", despite documented facts in each case. Judge **Preska** well **protected by** Corrupt **Manhattan US Attorney - Preet Bharara** and **FBI/NY Ass Director - George Venizelos,** all 3 make **New Yorkers** hostages of their crimes.

Corrupt **Manhattan US Attorney - Preet Bharara** and **FBI/NY Ass Director - George Venizelos,** behind who stay **US AG Holder** (also **US Justice**), cover Racists **Erick Schneiderman; Andrew Cuomo; Charles Hynes; Raymond Kelly; Michael Bloomberg…**

Many times I bring letters, personally delivered to **Corrupt Criminals - FBI/NY Director Assistant - George Venizelos** and **NYS AG - Eric Schneiderman,** who create **Pyramid,** by the words his employees. AG bought position for **$3 Million** to **laundry** money and **cover** Criminals.

Previously, in **July 9, 2008,** I get letter from *Chief of Civil Rights Unit* -**Carlton L. Peeples** (US Department of Justice; Bureau FBI). Then **January 15, 2009,** came FBI letter, signed by *Chief of Public Corruption Unit* - **Luis A. Velez.** Both recommend apply to **FBI/NY Director Assistant** Office at **26 Federal Plaza, 23rd floor; NY.** I keep trying and **December 02, 2013,** I left last complaint through Officer **R. Feliciano,** Shield **#1215,** who promises immediately deliver my documents to **Venizelos: 7** page complaint forms request appointment with **FBI/NY Director Ass.** Also, I complain about **NYS AG,** who cover criminals; Corrupt Chief **Judge Ottley** – from Court on **114 Livingston Street,** who in conspiracy with my former **Lawyer Arkadiy Bukh,** adjourning court date for ½ year.

For addition, Manhattan DA Office holds Courts settlement money, and then illegally used them as their income, without Government permission.

Under coverage of corrupt Racists - **Manhattan US Attorney Preet Bharara** and **FBI/NY Ass Director Venizelos Chief Judge Preska** closed in her Court my cases: vs. **SSI Administration; Eric Holder; Bloomberg; Mark Kogan; Commissioner NYPD Raymond Kelly; Brooklyn DA Charles Hynes** and other.

**FBI/NY** Assistant Director - **Venizelos** and **Judge Preska** came from **Giuliani nest** and pushed to current positions; **Bharara** sent to position from **Senator Schumer** Office and proposed to **President Obama.**

Currently all 3 Racists actively participate in **NYS Governor Andrew Cuomo** program of "Crime Fight" and have to prosecute Corrupt Criminals, but sue only **Afro-American Politicians.**



Two hours waighting in front of FBI office, 26 Federal Plaza, Manhattan. No reception done. From their get to the office of NYS AG. AG close and block investigati on case, closed by Judge Arthur Schack.



Judge Schack is nominated criminal!

# Corrupt Brooklyn DA & Judges Covered by FBI/NY Director

§1. Almost everybody from Policemen, Fire Fighters, FBI Officers and Federal Court Marshals are Patriots, who risk their lives 24 hours:

§2. They will never have over $1 Million 3 stores house, cars like Lamborghini, Ferrari, Mercedes 600; or sent their children to Ivy League College.

§3. **Brooklyn DA Charles Hynes, who get tens of Million dollars bribe in 24 years from Italian and Russian Mafia, or Brooklyn Judges, or FBI/NY Assistant Director George Venizelos** – all of them can afford luxury stile of lives.

§4. With their coverage criminals steal annually over $50 Billions! from American people. All criminal schemas generated in Brooklyn and spread around country. **Politically Corrupted Brooklyn Judges do not afraid to take bribe from Lawyers, who represent Italian and Russian Mafia, because of Charles Hynes protection.**

*With respect to everybody,*     Y Slepoy     *Yakov Slepoy*

If none of this is true, I am ready to serve 10 lifetimes in Prison.

Website: www.yakov-slepoy.com

# Criminal Brooklyn DA Charles Hynes

§1. Lawyers of Russian American Bar Association gave rewards to Brooklyn DA Charles Hynes – award with Honorary Certification of Membership. C. Hynes is awarded by criminals from Russian speaking Mafia for protection them from the Law; those criminals, who give bribe to Brooklyn Corrupt Judges and Hynes.

§2. C. Hynes get tens of Million dollars in 24 years, who protect all this criminals, letting them stay out of Prison.

§3. Mark Peters, Assistant of NYS AG Eliot Spitzer said that Brooklyn Judges do not afraid to take bribe and break Law, because of Charles Hynes protection.

§4. Eli Rosenberg from Brooklyn Paper said:" DA C. Hynes runs politically corrupt ship that needs to be cleaned from stem to stern".

§5. Defense Lawyer **Mark Bederow** claims, **Brooklyn DA Charles Hynes's Office** coached a witness and his client was sent to **Prison for 15 years**.

§6. Lawyer of **Jabbar Collins** stated, that his client was sent for **34 years** of Prison by compelling witnesses testimonies and "Hynes practically created a private Jail system, where witnesses were illegally interrogated."

§7. I was sued by **3.5 years** in **26** hearings for nothing, because Charles Hynes fabricated case and get tens Millions dollars from **"All American Mortgage Bankers"**, run by **Italian** and **Russian Speaking Jewish Mafia.**

*With respect to everybody,*

*Y Slepoy*   *Nakov Slepoy*

ANTHONY D. WEINER
9TH DISTRICT, NEW YORK

COMMITTEE ON THE JUDICIARY
COMMITTEE ON
ENERGY AND COMMERCE

DEMOCRATIC WHIP

# Congress of the United States
## House of Representatives
### Washington, DC 20515-3209

1122 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-6616

DISTRICT OFFICES:
80-02 KEW GARDENS ROAD
SUITE 5000
KEW GARDENS, NY 11415
(718) 520-9001

1800 SHEEPSHEAD BAY ROAD
BROOKLYN, NY 11235
(718) 743-0441

May 3, 2010

Yakov Slepoy
1510 Ocean Parkway Apt B2
Brooklyn, New York 11230-7065

Dear Yakov:

Thank you for contacting me to voice your concerns regarding the recent political scandals in New York. Please pardon the tardiness of this response.

I appreciate the benefit of your views and I agree with you.

Please do not hesitate to be in touch in the future on this or any other issue of concern.

Sincerely,

ANTHONY D. WEINER
Member of Congress



**STATE OF NEW YORK
UNIFIED COURT SYSTEM
SECOND JUDICIAL DISTRICT, SUPREME COURT**
320 JAY STREET
BROOKLYN, NEW YORK 11201
(347) 296-1000 · FAX (347) 296-1327

NEIL JON FIRETOG
Administrative Judge
Supreme Court Criminal Term

MARCIA MARGOLIN, ESQ.
Principal Law Clerk

De/13

March 31, 2006

Mr. Yakov Slepoy
1510 Ocean Parkway
Apt. B2
Brooklyn NY 11230

Re: Docket #2006KN003873

Dear Mr. Slepoy:

Your letter to Governor Pataki was referred to Administrative Judge Neil Jon Firetog and he has asked me to reply.

The charges that are pending against you are in the Criminal Court and Judge Firetog's authority does not extend to that court. However, I am referring your letter to Hon. William Miller, the Supervising Judge of the Kings County Criminal Court for a response, if any. If you have any further correspondence, please send it to him at the Criminal Court, 120 Schermerhorn Street, Brooklyn NY 11201.

I hope this has been of assistance to you.

Very truly yours,

Marcia Margolin, Esq.

cc: Hon. William Miller



# FEDERAL BUREAU OF INVESTIGATION
26 Federal Plaza, New York, NY 10278

## Complaint Form

and (13) pages of documents. YS/M.R

Date: 12-14-2012   Time: 11:50 a.m.

**Complainant Information:**

Name: Michael Rombom   Telephone: 848-228-0237   DOB: 10-22-53

Language Spoken: English, Russian

Address: 10 Ave P, Apt. 3L
Brooklyn, NY 11204

Name of Employer: N/A (Disability)

**Facts of Complaint:** I submit recently few complaints to FBI-NY and my friend Yakov Slepoy 4 complaints also sent 213 pages of official documents to George Venizalos, James Clapper and Janet Napolitano. All this complaints are about Organized Russian Mobsters and financial Terrorists. Nastiness of Gangster get a support of criminal NY Lawyers, working for Russian Mafiozy: Borman, Kliger and Kogans. Those Lawyers are Arkadiy Bukh, Oleg Suslov, Eugeny Tsyngauz, Josh JFK Sapodin, Joseph R. Benfante and other.
I want to bring special attention of Mr. Venizalos to criminal behavior of lawyer Arkadiy Bukh. When invited to FBI for confidential interview he has to reveal all his scam about fictisious people, who put life-threatening pressure on him and his family, also tell how he steal money from Yakov Slepoy. Here I attached my "Affidavit of Witness" with facts known to me.

**How did complainant learn of this information?** From documents Yakov Slepoy showed me; personal visits to lawyers, Courts, Organization and website: www.yakov-slepoy.com

E. Lisojo

Complaint taken by P.O.: D. Braxton   Shield # 1289

1:15 p.m.

Michael Rombom

# AFFIDAVIT OF WITNESS.

I, **Michael Rombom**, being duly sworn, depose and say: "I am not a party of this action, I am over 18 years of age and reside at: 6868 Marsue Dr., apt 2C; Baltimore, MD 21215. (Cell Phone 848-228-0237)".

With my friends **Yakov Slepoy** and **Ilya Kheyn** we went to FBI Headquarters. On January 10, 2011 we showed at: 26 Federal Plaza, Manhattan, NY.

Previously Yakov wrote letter to FBI-NY Director Janice Fedarcyk and get delivery conformation. Based on this, we brought important information about Organized Russian Crime Syndicate, which include NYPD officials and personally Brooklyn District Attorney Charles Hynes Esq., Commissioner of NYPD Raymond Kelly and their assistants.

We expect appropriate reaction from FBI - Government Agency, but response deeply shocked all of us.

- We filled Complaint Form and where hold us outside from 10:40 AM to 1:30 PM. Every 30 minutes officers told us, that two Agents are driving from other location and we have to weight. Despite we bring documents on High Level of National Security Classified Information, we weight unexpectedly long time. It's became clear, that nobody come and we left.
- I understand that my friends have very important issues and came with them, after all I went home really amassed. I and all American-tax payers should have very bad fillings about use of our money.
- It is obvious that FBI- NY cover-up corruption and crime on Justice Level, in other words, they support criminal Judges, Lawyers and Prosecutors, especially Brooklyn District Attorney Charles Hynes.

Same day at 2:00 PM all three of us went to the Office of Attorney General of NY State - Eric T. Schneiderman. Office location: 120 Broadway, 22th floor, New York, NY 10271.
1. Because came walk-in, one of Office Representatives went down to great us.
2. Situation was completely different, than in FBI-NY. Police officer Sykora Rivero (badge # 151) was very friendly and show interest to all that Yakov tell her.
3. Yakov Slepoy left few original documents about crime of Brooklyn District Attorney Charles Hynes Esq. and his assistants. Mrs. Rivero said that more or all of documents will be needed.

1 | Page

Michael Rombom

4. Office representative promise to pass all documentation, she get, to Attorney General.
5. We also get from her official Complaint Form to filled up and submit to "Investigation Division 120 Broadway, 22th floor, New York, NY 10271, tel. (212 – 416 – 8790)".

I am ready to sworn, that my statement is complete true and done by my good will with

Personal appear in front of Notary Public on the day __18__, Month_ 1 __, Year 2011.

Before me personally shown Mr. **Michael Rombom** to me known described individual, who executed foregoing agreement and that she executed said agreement.

Respectfully yours,        X _____ **Michael Rombom**

State of New York Notary Public    _____

AUDREY RIEMAN
Notary Public, State of New York
No. 24-4800897
Qualified in Queens County
Commission Expires March 30, 20 ( (



# FEDERAL BUREAU OF INVESTIGATION
26 Federal Plaza, New York, NY 10278

**Complaint Form** and ⑬ pages of documents. YS/M.R

Date: 12-14-2012   Time: 11:50 a.m.

**Complainant Information:**

Name: Michael Rombom   Telephone: 848-228-0237   DOB: 10-22-53

Language Spoken: English, Russian

Address: 10 Ave P, Apt. 3L
Brooklyn, NY 11204

Name of Employer: N/A (Disability)

**Facts of Complaint:** I submit recently few complains to FBI-NY and my friend Yakov Slepoy 4 Complaints also sent 213 pages of official documents to George Venizalos, James Clapper and Janet Napolitano. All this complaints are about Organized Russian Mobsters and Financial Terrorists. Nastiness of Gangster get a support of Criminal NY Lawyers, working for Russian Mafiozy: Borman, Kliger and Kogans. Those Lawyers are Arkadiy Bukh, Olga Suslove, Eugeny Tsyngauz, Josh JFK Sapodin, Joseph R. Benfante and other.
I want to bring special attention of Mr. Venizalos to criminal behavior of Lawyer Arkadiy Bukh. When invited to FBI for confidential interview he has to reveal all his scam about fictisious people, who put life-threatening pressure on him and his family, also tell how he steal money from Yakov Slepoy. Here I attached my "Affidavit of witness" with facts known to me.

**How did complainant learn of this information?** From documents Yakov Slepoy showed me; personal visits to Lawyers, Courts, Organization and website: www.yakov-slepoy.com

E. Lisojo

Complaint taken by P.O.: D. Braxton   Shield #: 1289



# FEDERAL BUREAU OF INVESTIGATION
26 Federal Plaza, New York, NY 10278

## Complaint Form

Date: 01-10-2011   Time: _____

**Complainant Information:**

Name: Yakov Stepoy   Telephone: 347-283-6434   DOB: 05-01-1945

Language Spoken: Russian

Address: 1510 Ocean Parkway, apt. B2
Brooklyn, NY 11230

Name of Employer: Retired

Facts of Complaint:
1. Organized Crime Cindicate
2. Conspiracy of Brooklyn Judges and District Attorney Charles Hynes
3. Political Scandal in NYC

(Attorney General Office   01-10-2011   2:00 PM
Investigator # 151
Rivero
Sykora)

How did complainant learn of this information? Gethered documentation and thretening by russian organized mafia.

Complaint taken by P.O.: _____   Shield # _____